# UNITED STATES DISTRICT COURT
## District of Kansas

UNITED STATES OF AMERICA,

    Plaintiff,

v.    CASE NO. 12-M-6085-01,02-KGG

PONCIANO MUNOZ-MERAZ, and
JUSTIN R. TROTTER,

    Defendants.

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

**21 U.S.C. §841(a)(1)**
**(Possession with Intent to Distribute)**

On or about May 10, 2012, in the District of Kansas, the defendant,

**PONCIANO MUNOZ-MERAZ,**

did intentionally and knowingly possess with intent to distribute fifty grams and more of a mixture and substance containing a detectable amount of methamphetamine, a controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWO

### 21 U.S.C. §841(a)(1)
### (Distribution of a Controlled Substance)

On or about May 10, 2012, in the District of Kansas, the defendant,

**JUSTIN R. TROTTER,**

did intentionally and knowingly distribute a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

I further state that I am a Detective of the Wichita Police Department, and that this complaint is based on the following facts:

SEE ACCOMPANYING AFFIDAVIT, WHICH IS INCORPORATED BY REFERENCE AS THOUGH SET OUT IN FULL HEREIN.

_____
Christopher R. Barratti
Detective, Wichita Police Department

Sworn to before me and subscribed in my presence this 11th day of May, 2012, at Wichita, Kansas.

____Kenneth G. Gale____   _____
United States Magistrate Judge   Signature of Judicial Officer

## AFFIDAVIT

COMES NOW, the undersigned and being of lawful age and having been first duly sworn, does hereby state as follows:

I, Christopher R. Barratti, am a Detective with the Wichita Police Department. Based on your Affiant's investigation and information provided by other law enforcement officers, the following is believed to be true and correct.

On May 9th, 2012, Affiant had contact with Detective Eduardo Padron who states that they have a confidential informant who provided the name of Justin Trotter as a person who sells ounce quantities of Ice Methamphetamine. Detective Padron states that Trotter's phone number is 316-371-8556 and it has been pre arranged for Affiant to call Trotter and proceed with a drug purchase.

Affiant sent text communications to Trotter in an attempt to arrange a purchase. Trotter asked for Affiant to meet with him over dinner to get to know each other and discuss business. Affiant met Trotter at Pawnee and Broadway Subway and over the course of thirty minutes they discussed Trotter's past drug history, persons he can currently obtain Ice Methamphetamine from and an automatic firearm that he wishes to sell. At the conclusion of this meeting it was decided that Affiant would contact Trotter the following day and they would go purchase one ounce of Ice Methamphetamine.

On May 10th, 2012, Affiant made phone contact with Trotter and was advised that he had arranged for them to go buy one ounce of Ice Methamphetamine for fifteen hundred dollars ($1,500). Affiant drove to the Wal-Mart located at Pawnee and Broadway and picked up Trotter. Affiant drove

Trotter to 2451 S. Ida in Wichita, Sedgwick County, Kansas, where they parked in the alley behind the residence. Trotter went into the residence for a short time and then returned to Affiant's vehicle where he gave Affiant one ounce of a clear shard like substance in exchange for fifteen hundred dollars in United States Currency. Trotter left Affiant's vehicle and returned to the residence. Trotter was later arrested leaving the residence on foot.

Affiant obtained a search warrant for 2451 S. Ida and prior to serving the warrant one Ponciano Munoz-Meraz was arrested as he left the residence. The warrant was served on the residence and approximately two and a quarter ounces of a clear shard like substance was located inside. Also located inside the residence were two firearms, drug packaging material to include Food Saver bags, Ziplock bags and sandwich bags, six (6) sets of digital scales, United States currency (some of which matched the buy money used for the purchase of the ounce of Ice Methamphetamine), and documents for Ponciano Munoz-Meraz at 2451 S. Ida.

Detective Maria Heimerman conducted an interview of Munoz-Meraz and while under Miranda he admitted to selling an ounce of Ice Methamphetamine to Justin Trotter who he knew as "Taxi". Munoz-Meraz also admitted to the ownership of what he said was two (2) ounces of Ice Methamphetamine and the firearms that were located in the residence.

Trotter was interview by Detective Padron and he invoked his Miranda rights.

2

The substance that was purchased by Affiant and the substance located in the residence were field tested using Nartec field test kits and gave a positive indication for the possible presence of Methamphetamine. In addition, your Affiant would advise the Court that based upon his training and experience, the substance purchased by Affiant and the substance located in the residence at 2451 S. Ida had an appearance consistent with Ice Methamphetamine.

Christopher R. Barratti, Affiant
Detective
Wichita Police Department

SUBSCRIBED AND SWORN to before me on this 11th day of May, 2012

Kenneth G. Gale
United States Magistrate Judge
District of Kansas

3