IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-M-6085-02-KGG |
| ) | |
| JUSTIN R TROTTER, ) | |
|     Defendant ) | |
| _____) | |

ENTRY OF APPEARANCE

COMES NOW James R. Pratt, #17716 and hereby enters his appearance in the above-entitled action on behalf of the Defendant, Justin R. Trotter.

    s/ James R. Pratt
    JAMES R. PRATT, #17716
    322 S. Mosley Ste. 12
    Wichita, Kansas 67202
    Ph: (316) 262-2600
    Fax: (316) 262-2602
    Jim@JamesRPrattLaw.com
    Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 11, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to each counsel of record in this case.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none

                              s/James R. Pratt
                              JAMES R. PRATT #17716
                              Attorney for Defendant
                              322 S. Mosley Ste. 12
                              Wichita, Kansas 67202
                              Ph: (316) 262-2600
                              Fax: (316) 262-2602
                              Jim@JamesRPrattLaw.com