(Revised 01/98)   CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

DATE **5-14-12** - WICHITA

CASE NO. **12-M-6085-02-KGG** UNITED STATES vs. **Justin R. Trotter**   AGE: **27**

FILED
U.S. District Court
District of Kansas
MAY 14 2012
Clerk, U.S. District Court
By C Carter Deputy Clerk

**APPEARANCES:**
Government:
( ) Lind        ( ) Barnett    ( ) Sublet
( ) Watson      ( ) Welch      (✓) Smith
( ) Furst       ( ) Anderson   ( ) Hart
( ) Metzger     ( ) Treaster

Defendant: (✓) In Person (✓) By Counsel: **Jim Pratt**
( ) Retained   (✓) Appointed **CJA**

JUDGE:
( ) Humphreys
(✓) Gale

CLERK:
( ) Stimits
(✓) Carter

U.S. PROBATION:
( ) Madden
( ) Chirinos

**Proceedings:**
( ) Preliminary Hearing   ( ) Held        ( ) Waived
(✓) Rule 5                ( ) Detention   ( ) Arraignment  ( ) Sentence
( ) Bond Hearing          ( ) Bond Revoc. ( ) Probation/Supervised Release Violation
**Complaint**

ARRAIGNMENT AND PLEA / RULE 5 / OMNIBUS   Arrest Date _____

(✓) Charges explained to the Defendant
(✓) Defendant sworn & examined re: financial status   (✓) Counsel appointed
(✓) Defendant's constitutional rights explained        (✓) Felony ( ) Misdemeanor
( ) Defendant declined to waive indictment             ( ) Will be presented to next Grand Jury
( ) Signed Waiver of Indictment                        ( ) Signed Waiver by Juvenile  ( ) Inform. filed
( ) Advised of Rights under                            ( ) Rule 20                    ( ) Rule 40
( ) Signed Consent to Transfer (Rule 20)               ( ) Signed Consent to Proceed Before Magistrate
( ) Petition to enter plea filed                       ( ) Plea Agreement attached
( ) Interpreter   ( )Appointed                         ( ) Sworn   Name: _____

( ) ARRAIGNMENT AND PLEA:
( ) Waived Reading   ( ) Indictment   ( ) Information   (✓) No. of Counts: **1**
( ) Previous Plea    ( ) Guilty       ( ) Not Guilty    ( ) Read to Defendant
( ) Guilty                                              Counts: _____ withdrawn
( ) Not Guilty                                          Counts: _____ accepted
                                                        Counts: _____

( ) Judgment Deferred     ( ) Pre-Sentence Investigation   ( ) Continued to: _____
( ) Bond ( ) Fixed at     ( ) Remain at: $ _____         ( ) Continued on present bond.
( ) Transfer under Rule 40 to the _____ District of _____
( ) Release Order ( ) Executed  ( ) Continued in effect  (✓) Remanded to Custody
( ) Detention Ordered  (✓) Temporary Detention Ordered
( ) Set for Trial: _____ at _____ a.m./p.m. before Judge _____

Motions to be filed _____ Response(s) to Motions to be filed _____ Motions to be heard

on _____ at _____ a.m./p.m. before Judge _____

Defendant's next appearance **5-17-12** at **2:00** a.m./(p.m.) before Judge **Gale** for:
(✓) Detention hearing  ( ) Arraignment  ( ) _____

Miscellaneous: **2:23-2:26  Preliminary Hearing 5-25-12 @ 10:00 A.M. before Judge Gale.**