AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

FILED
U.S. DISTRICT COURT

'12 MAY 14 P1 :18

CLERK, U.S. DISTRICT COURT
smg DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 12-M-6085-02-KGG |
| JUSTIN R. TROTTER | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JUSTIN R. TROTTER                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Methamphetamine.

See attached complaint for additional charges.

2012 MAY 11 PM 2:54
WICHITA, KS
UNITED STATES MARSHAL
RECEIVED

Date: 05/11/2012

*Issuing officer's signature*

City and state:   Wichita, Kansas

Honorable Kenneth G. Gale, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 5/11/12, and the person was arrested on *(date)* 5/11/12
at *(city and state)* WICHITA, KS.

Date: 5/14/12

*Arresting officer's signature*

FOR WPD

BLAKE LEMER DUSM
*Printed name and title*