AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ KANSAS

| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|
| V. | FILED U.S. District Court District of Kansas MAY 14 2012 Clerk, U.S. District Court By: [signature] Deputy Clerk |
| JUSTIN R. TROTTER<br>*Defendant* | Case Number: 12-M-6085-02-KGG |

Upon motion of the _____ Government _____ , it is ORDERED that a detention hearing is set for **May 17, 2012** * at **2:00**
　　　　　　　　　　　　　　　　　　　　　*Date*　　　　　　　　　　　*Time*

before _____ Kenneth G. Gale, United States Magistrate Judge _____
*Name of Judicial Officer*

Wichita, Kansas
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ United States Marshal Service _____ ) and produced for the hearing.
*Other Custodial Official*

Date: **5/14/12** _____    [signature]
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

　A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.