(Revised 01/98)     CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

*FILED*
U.S. District Court
District of Kansas

MAY 17 2012

Clerk, U.S. District Court
By _____ Deputy Clerk

DATE __5-17-12__ - WICHITA

CASE NO. 12-M-6085-02 KGG   UNITED STATES vs. _Justin R. Trotter_

APPEARANCES:
Government:   ( ) Lind          ( ) Barnett      ( ) Subiet
              ( ) Watson        (✓) Welch        ( ) Smith
              ( ) Furst         ( ) Anderson     ( ) Hart
              ( ) Metzger       ( ) Treaster

Defendant:  (✓) In Person   (✓) By Counsel: _Jim Pratt_
                                            ( ) Retained   (✓) Appointed

JUDGE:              CLERK:              U.S. PROBATION:
( ) Humphreys       ( ) Stimits         ( ) Madden
(✓) Gale            (✓) Carter          (✓) Chirinos
                                        ( )

Proceedings:  ( ) Preliminary Hearing   ( ) Held  26 min  ( ) Waived
              ( ) Rule 5                (✓) Detention       ( ) Arraignment   ( ) Sentence
              ( ) Bond Hearing          ( ) Bond Revoc.     ( ) Probation/Supervised Release Violation
_Complaint_

ARRAIGNMENT AND PLEA / RULE 5 / OMNIBUS      Arrest Date _____

( )  Charges explained to the Defendant
( )  Defendant sworn & examined re: financial status  ( )   Counsel appointed
( )  Defendant's constitutional rights explained   (✓)      Felony ( )   Misdemeanor
( )  Defendant declined to waive indictment          ( )    Will be presented to next Grand Jury
( )  Signed Waiver of Indictment                     ( )    Signed Waiver by Juvenile   ( ) Inform. filed
( )  Advised of Rights under                         ( )    Rule 20                     ( ) Rule 40
( )  Signed Consent to Transfer (Rule 20)            ( )    Signed Consent to Proceed Before Magistrate
( )  Petition to enter plea filed                    ( )    Plea Agreement attached
( )  Interpreter      ( )Appointed                   ( )    Sworn    Name:_____

( )  ARRAIGNMENT AND PLEA:                           (✓) No. of Counts: 1
     ( ) Waived Reading      ( ) Indictment    ( ) Information   ( ) Read to Defendant
     ( ) Previous Plea       ( ) Guilty        ( ) Not Guilty    Counts:_____ withdrawn
     ( ) Guilty                                                  Counts:_____ accepted
     ( ) Not Guilty                                              Counts:_____

( )  Judgment Deferred       ( ) Pre-Sentence Investigation   ( )   Continued to:_____
( )  Bond  ( ) Fixed at      ( ) Remain at: $ _____       ( )   Continued on present bond.
( )  Transfer under Rule 40 to the _____ District of _____
( )  Release Order ( ) Executed   ( ) Continued in effect   (✓) Remanded to Custody
(✓) Detention Ordered   ( ) Temporary Detention Ordered
( )  Set for Trial:_____ at _____ a.m./p.m. before Judge _____

Motions to be filed _____ Response(s) to Motions to be filed _____ Motions to be heard
on _____ at _____ a.m./p.m. before Judge _____
Defendant's next appearance _5-25-12_ at _10:00_ a.m./p.m. before Judge _Gale_ for:
( ) Detention hearing   ( ) Arraignment   (✓) _Preliminary Hearing_
Miscellaneous: _2:43 - 3:09  Government's motion for_
_detention is granted._